**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Daniel Fernandez, | |
|           Plaintiff(s), | 2:23-cv-01843-JAD-EJY |
| v. | **ORDER** |
| Clark County School District, et al., | |
|           Defendant(s). | |

      On November 9, 2023, this case was referred to me for an Early Neutral Evaluation Conference ("ENE"). This is a removal case from the Eighth Judicial District Court.

      I am scheduled to retire on January 7, 2024, and my successor will be sworn in on January 8, 2024. I am not able to schedule an ENE before my retirement. In these circumstances, I find that good cause exists to hold an ENE in this case after January 8, 2024.

      The parties may expect entry of an order scheduling the ENE in this case after January 7, 2024.

      DATED this 14th day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1