**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Daniel Fernandez, | 2:23-cv-01843-JAD-EJY |
| Plaintiff(s), | |
| vs. | **Order** |
| Clark County School District, et al., | |
| Defendant(s). | |

The Court has reviewed the parties' ENE statements and notes that neither party has made initial disclosures, as required by Fed. R. Civ. P. 26(a)(1)(C) and LR 16-6(f)(1)(H). Pursuant to Fed. R. Civ. P. 26(a)(1)(C), initial disclosures were due on or before December 28, 2023, within fourteen days after the parties' December 4, 2023 Rule 26(f) conference. In addition, the Court finds that making the requisite initial disclosures and computation of damages prior to the February 15, 2024, is necessary for an effective ENE.

Accordingly,

The parties shall make their Rule 26(a)(1) initial disclosures and computation of damages by no later than 5:00pm, February 14, 2024.

Dated this 13th day of February 2024.

It is so ordered.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge