CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
DAVID R. HALL, ESQ.
Nevada Bar No. 6333
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
halldr@nv.ccsd.net
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of Clark County, State of Nevada, Dr. JESUS F. JARA, Superintendent of the Clark County School District, his individual and official capacity, CLARK COUNTY, a political subdivision of the State of Nevada, CLIEDA LLANES individually and in her official capacity as head custodian, Snyder Elementary School, Clark County School District, CHRISTINE VASQUES, individually and in her capacity as principal, Blue Diamond Elementary School, Clark County School District, CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, a political subdivision of Clark County, State of Nevada, MIKE BLACKEYE, Chief of Police of the Clark County School District, in his individual and official capacity, OFFICER B. CHAPLIN P # 581, individually and in his capacity as Police Officer, CCSDPD, OFFICER I. CAMPOS P #533, individually and in his capacity as Police Officer, CCSDPD, DOES 1-100, JOHN DOES 1 through 100, inclusive; and ROE ENTITIES 1 through 100,<br><br>Defendants. | Case No.: 2:23-cv-01843-JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by and between the parties, Plaintiff Daniel Fernandez-Montoya ("Plaintiff"), and Defendants Clark County School District; Dr. Jesus F. Jara; Clieda Llanes; Christine Vasques; Clark County School District Police Department; Mike Blackeye; Officer B. Chaplin; and Officer I. Campos (collectively, "Defendants"), by and through their counsel of record, David R. Hall of the Clark County School District, Office of the General Counsel, that the Complaint filed by Plaintiff and each and every cause of action alleged therein, be dismissed **WITH PREJUDICE** as to Defendants, all parties to bear their own attorneys' fees and costs.

DATED this 13th day March, 2024

DATED this 13th day March, 2024

WOOLDRIDGE LAW LTD

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

_____
Nicholas M. Wooldridge, Esq (#8732)
400 South 7th Street, Suite 400
Las Vegas, NV 89101
*Attorney for Plaintiff*

_____
David R. Hall, Esq. (#6333)
5100 West Sahara Ave.
Las Vegas, NV 89146
*Attorney for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 26, 2024